Certification of Judgment (AO 451 Rev - DC 9/29/03)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al**

    Plaintiff(s)

v.

**DANMARK SECURITY, LLC**

    Defendant(s)

FILED: MAY 21, 2008
08CV2946   PH
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

Civil Action No. 05-cv-01349-RMU

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the *amended* judgment entered in this action on ____04/24/08, npc 5/22/06____, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on May 6, 2008.

NANCY MAYER-WHITTINGTON, Clerk

By: *Jackie Francis*
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., ) ) ) ) | FILED<br>APR 2 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Plaintiffs, ) ) |  |
| v. ) | Civil Action No. 05-1349 (RMU) |
| DANMARK SECURITY, L.L.C. ) ) |  |
| Defendant. ) |  |

### AMENDED JUDGMENT

For the reasons stated in the accompanying memorandum order, it is this 23 day of ~~January~~ April, 2008, Nunc pro tunc May 22, 2006,

**ORDERED** that judgment is hereby entered for plaintiffs Service Employees International Union National Industry Pension Fund and the Board of the Trustees of the SEIU Fund against defendant Danmark Security, L.L.C. in the amount of $4,240.80, which represents $2,651.95 in delinquent contributions, $570.14 in interest, $673.71 in liquidated damages, and costs of $345.00; and it is

**FURTHER ODERED** that the defendant, its owners, officers, agents, servants, attorneys and all persons acting on its behalf or in conjunction with it are hereby enjoined from refusing to file complete, timely and proper remittance reports with accompanying pension contributions for January through the present.

SO ORDERED.

_____
HON. RICARDO M. URBINA
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 4/24/2008
NANCY MAYER-WHITTINGTON, CLERK
By: _____

1