**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., Plaintiffs<br>v.<br>DANMARK SECURITY, LLC, Defendant. | FILED: MAY 21, 2008<br>08CV2946    PH<br>JUDGE HART<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Service Employees International Union National Industry Pension Fund; and Board of Trustees of the Service Employees International Union National Industry Pension Fund; 1313 L Street, N.W., Washington, D.C. 2005

| | |
|---|---|
| NAME (Type or print)<br>Robert A. Seltzer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert A. Seltzer | |
| FIRM<br>CORNFIELD AND FELDMAN | |
| STREET ADDRESS<br>Suite 1400, 25 East Washington Street | |
| CITY/STATE/ZIP<br>Chicago, IL  60602-1803 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6211925 | TELEPHONE NUMBER<br>(312) 236-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |